UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Vilmal Talwar, et al.,

        Plaintiff(s),

v.

Federal Express Corporation, et al.

        Defendant(s).

CASE NO. CV 09 00046 (BZ)

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓ Private ADR *(please identify process and provider)* see attached addendum

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓ other requested deadline see attached addendum

Dated: 3/23/09

Attorney for Plaintiff

Dated: 3/23/09

Jack C. Hemming
Attorney for Defendant

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- (Private ADR)

Deadline for ADR session
- 90 days from the date of this order
- other   180 DAYS FROM TODAY.

IT IS SO ORDERED.

Dated:   March 24, 2009

_____
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Vilmal Talwar, et al. v. Federal Express Corporation, et al.
CV 09-00046 (BZ)

Addendum To Stipulation And [Proposed] Order selecting ADR Process

The parties have agreed to an "informal resolution" process by which they are exchanging information which will allow them to conduct one or more in person meetings to discuss a resolution to this case. The meetings, which will be attended by the parties and by trial counsel, will be completed within 90 days from the date of the order referring the case to an ADR process.

If the parties are unable to informally resolve the case as described in the preceding paragraph, they have elected to engage in private mediation via AAA, JAMS, etc. They have agreed that the mediation will be completed within 90 days after completion of their "informal resolution" efforts (i.e., within 180 days from the date of the order referring the case to an ADR process).